```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0159--CV (RRB)
              "USA V ROBERT G. DALGLISH ET AL"

     Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 07/08/05
          Closed: 11/15/05

    Jurisdiction: (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

   Nature of Suit: (220) Foreclosure

          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Waived
        Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | DALGLISH, ROBERT G. | No counsel found for this party! |
| DEF 2.1 | DALGLISH, FRANCES E. | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0159--CV (RRB)
                                "USA V ROBERT G. DALGLISH ET AL"

                                      For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/08/05
           Closed: 11/15/05

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (220) Foreclosure

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:


Document #   Filed      Docket text

    1 -  1   07/08/05   Complaint filed; Summons issued.

    2 -  1   09/12/05   PLF 1 Return of Service Executed re: DEF 1 on 8/30/05.

    3 -  1   09/12/05   PLF 1 Return of Service Executed re: DEF 2 on 8/30/05.

    4 -  1   09/23/05   RRB Minute Order plf to require an answer or apply for default w/in 20
                        days.  cc: cnsl

    5 -  1   09/26/05   PLF 1 Application for entry of default re: DEF 1 & 2.

    6 -  1   09/27/05   Clerk's Notice entering default as to DEF 1 & 2. cc: cnsl, R. Dalglish,
                        F. Dalglish

    7 -  1   10/20/05   PLF 1 motion & memo for entry of final judgment & for order & decree of
                        foreclosure sale w/att aff.

    8 -  1   11/15/05   RRB Final Judgment and order and decree of foreclosure sale.  Judgment
                        is in favor of plf and against defs Robert G. Dalglish and Frances E.
                        Dalglish each of them jointly and severally.  Judgment in the prinicpal
                        amt of $150,657.36 w/costs and interest.  The property as described is
                        foreclosed and shall be sold by the USM as stated,  with the proceeds to
                        be applied as stated.  cc: cnsl, US Marshall, O&J 11902
```