DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:05-cv-0159-RRB |
| Plaintiff, | ) |
| vs. | ) |
| ROBERT G. DALGLISH, and FRANCES E. DALGLISH, | ) MOTION FOR CONFIRMATION OF SALE |
| Defendants. | ) |

    Plaintiff, the United States of America, through the U.S. Attorney for the District of Alaska, hereby moves this Court to confirm the sale reported on the United States Marshal's Return and Report of Sale filed herein and in support thereof states the following:

    1.  The sale was made according to law and as provided by the Decree and Order of Foreclosure and Sale entered by the Court herein.

    2.  The highest and best bid received was One Hundred Sixty One Thousand Dollars ($161,000.00) by Robert Holman and Grant Shields.  The costs of the sale include:

Costs reimbursable to the U.S. Marshals Service;

    Publication fees                                       $716.96
    Service fees                                              $45.00

    3.    The sale was made on January 26, 2006 at 10:00 a.m., and no objections have been filed in writing with the Clerk of Court.

    4.    Pursuant to Rule 69.1 of the Local Rules of this court, Plaintiff states that no additional bids for this property have been received to date subsequent to the highest bid received at the time of sale.

    WHEREFORE, Plaintiff moves for entry of an Order Confirming Sale of the property described as:

    3388 Eider Street, Kodiak, Alaska; to wit, Lot 8A, Block 4, according to the plat of MILLER POINT ALASKA SUBDIVISION, FIRST ADDITION, filed under Plat number 93-39, Records of the Kodiak Recording District, Third Judicial District, State of Alaska

    RESPECTFULLY SUBMITTED this _____ day of February, 2006, at Anchorage, Alaska.

                                    DEBORAH M. SMITH
                                  Acting United States Attorney

                                  s/Richard L. Pomeroy
                                  Assistant U.S. Attorney
                                  222 W. 7th Avenue # 9
                                  Anchorage, AK 99513-7567
                                  Phone: 907-271-5071
                                  Fax: (907) 271-2344
                                  E-mail: richard.pomeroy@usdoj.gov
                                  AK #8906031

I declare under penalty of perjury that a true and correct copy of
the foregoing was sent to the following on February 15, 2006, via:

    (X) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery

Robert G. Dalglish
2682 Turner Lane
Kodiak, AK 99615

Frances E. Dalglish
2682 Turner Lane
Kodiak, AK 99615

Sherman Acquisitions LP
c/o Outsource Solutions
4345 Gaultier Street
Shoreview, MN 55126

Executed at Anchorage, Alaska, on February 15, 2006.


s/Sean M. Robinson
Office of the U.S. Attorney