IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:05-cv-0159-RRB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **PROPOSED** ORDER CONFIRMING |
| ROBERT G. DALGLISH, and | ) SALE |
| FRANCES E. DALGLISH, | ) |
| | ) |
| Defendants. | ) |

　　　Plaintiff has moved for confirmation of sale pursuant to a Final Judgment and Order and Decree of Foreclosure Sale which issued from this Court on November 16, 2005.  After examining the United States Marshal's Return and Report of Sale filed on or about February 1, 2006, the Court finds that:

　　　1.   The sale by the United States Marshal was made according to law and according to the Decree of Foreclosure Sale entered herein.

　　　2.   The highest bid for such property was made by Robert Holman and Grant Shields, in the amount of $161,000.00, which is to be credited against costs of sale, court costs, and the balance against the Judgment.  Credit has been made as follows:

$761.96 has been credited against the costs and expenses of sale; and the balance of $160,238.04 has been credited against the Judgment of the United States.

 3. No objection to said sale has been filed in writing in this cause with the Clerk of Court, and no subsequent bids have been received since the time of sale.  It is the decision of this Court that such sale should be confirmed.

 IT IS THEREFORE ORDERED AND DECREED

 1. That the sale by the United States Marshal under Order of Sale to Plaintiff the United States of America, as described above and in the U.S. Marshal's Return and Report of Sale, is hereby confirmed.

 2. The U.S. Marshal shall execute, acknowledge, and deliver a Deed and/or Certificate of Purchase of the property to the purchasers, Robert Holman and Grant Shields and place the purchaser in possession of the property described as:

> 3388 Eider Street, Kodiak, Alaska; to wit, Lot 8A, Block 4, according to the plat of MILLER POINT ALASKA SUBDIVISION, FIRST ADDITION, filed under Plat number 93-39, Records of the Kodiak Recording District, Third Judicial District, State of Alaska.

 DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____ JOHN W. SEDWICK
_____ U.S. DISTRICT COURT JUDGE