| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA | RECEIVED | A05-159 CV (RRB) |
| DEFENDANT | FEB 14 2006 | TYPE OF PROCESS |
| ROBERT G. DALGLISH AND FRANCES E. DALGLISH | | PUBLICATION OF NOTICE |

SERVE ➤ AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Anchorage Daily News

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1001 Northway Drive, Anchorage, Alaska, 99508

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK  99513-7567

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please publish the attached Notice of Public Sale in the Anchorage Daily News once per week for four (4) consecutive weeks. Thank you.

Signature of Attorney or other Originator requesting service on behalf of:  For Richard Pomeroy    ☑ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER (907) 271-5071    DATE 12-14-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk  Amanda M Klemm | Date 12-19-05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service 1-15-06    Time ___ am/pm

Signature of U.S. Marshal or Deputy

Publication

| Service Fee $8 | Total Mileage Charges *(including endeavors)* 528.96 | Forwarding Fee | Total Charges 536.96 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Published 12/25, 1/1, 1/8, 1/15

**SCANNED**

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# AFFIDAVIT OF PUBLICATION

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark

being first duly sworn on oath deposes and says that he/she is an representative of the Anchorage Daily News, a daily newspaper. That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on

Dec. 25, 2005; Jan. 1, 8 & 15, 2006

and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to before me this 9 day of February 20 06

_____
Kimberly A. [signature]
Notary Public in and for
The State of Alaska
Third Division
Anchorage, Alaska
MY COMMISSION EXPIRES
09/12/2007

---

IN THE UNITED
STATES DISTRICT
COURT
FOR THE DISTRICT OF
ALASKA

UNITED STATES OF
AMERICA,
Plaintiff,
vs.
ROBERT G. DALGLISH,
and
FRANCES E.
DALGLISH,
Defendants.
~~~~~~~~~~~~
Case No. A05-159 CV
(RRB)

NOTICE OF PUBLIC
SALE

NOTICE is hereby given that the undersigned, appointed by the Court in the above-entitled action, will, pursuant to the Final Judgment and Order and Decree of Foreclosure Sale entered by the Court on November 15, 2005, offer for sale at public auction at the Main Lobby, West Entrance, Federal Building and U.S. Courthouse, 222 West 7th Avenue, Anchorage, Alaska, on Thursday, January 26, 2006, at 10:00 a.m., to the highest bidder, the following described property located at 3388 Elder Street, Kodiak, Alaska, to-wit:

Lot 8A, Block 4, according to the plat of MILLER POINT ALASKA SUBDIVISION, FIRST ADDITION, filed under Plat number 93-39, Records of the Kodiak Recording District, Third Judicial District, State of Alaska.

For information regarding title, appraisal and tax information, please contact HUD at 1-800-561-5913, Extension 3308.

The United States Marshal does not warrant title, boundary lines, taxes and/or improvements, if any, on this property. The United States Marshal will accept the highest and best bid offered, for cash, or ten percent (10%) down with balance payable in fifteen (15) days.

RANDY M. JOHNSON
US Marshal, D/Alaska

Deputy United
States Marshal

Pub: Dec. 25, 2005 &
Jan. 1, 8, 15, 2006

---

USMA0514
#686258
$535.14