U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | A05-159 cv (RRB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ROBERT G. DALGLISH AND FRANCES E. DALGLISH | PUBLICATION OF NOTICE |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Kodiak Daily Mirror    4810-3227 - eva

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**    1419 Selig Street, Kodiak, Alaska, 99615

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Avenue, Rm 253, #9
Anchorage, AK  99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Please publish the attached Notice of ~~XXXXX~~ Public Sale in the Kodiak Daily Mirror once per week for four (4) consecutive weeks.  Thank you.

Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| for  Richard Pomeroy | (907) 271-5071 | 12-14-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | Linda M Klemm | 12-19-05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| Publication | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8 | $172 - | | $180 - | | | |

REMARKS:    12/21, 12/28, 1/4, 1/11

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# Publisher's Affidavit

## UNITED STATES OF AMERICA

### State of Alaska

SS:

I, the undersigned, being first duly sworn, depose and say: I am Editor or Publisher of the Kodiak Daily Mirror, a daily newspaper published in Kodiak, Third Judicial Division, State of Alaska, and that the annexed printed notice was published in said newspaper in issues of the following dates:

December 21, 28, 2005
January 4, 11, 2006

X _Betty M. Und_
Signature of Editor or Publisher

SUBSCRIBED AND SWORN to before me this _31_ day of _January_ ,20_06_

_Amy M Willis_

NOTARY PUBLIC in and for the State of Alaska.

My Commission expires _06-04-06_

---

— 187—

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, Plaintiff,
vs.
ROBERT G. DALGLISH, and, FRANCES E.
DALGLISH, Defendants.
Case No. A05-159CV (RRB)

NOTICE OF PUBLIC SALE

NOTICE is hereby given that the undersigned, appointed by the Court in the above-entitled action, will, pursuant to the Final Judgment and Order and Decree of Foreclosure Sale entered by the Court on November 15, 2005, offer for sale at public auction at the Main Lobby, West Entrance, Federal Building and U.S. Courthouse, 222 West 7th Avenue, Anchorage, Alaska, on Thursday, January 26, 2006, at 10:00 a.m., to the highest bidder, the following described property located at 3388 Elder Street, Kodiak, Alaska, to-wit:

Lot. 8A, Block 4, according to the plat of MILLER POINT ALASKA SUBDIVISION, FIRST ADDITION, filed under Plat number 93-39, Records of the Kodiak Recording District, Third Judicial District, State of Alaska.

For information regarding title, appraisal and tax information, please contact HUD at 1-800-581-5913, Extension 3308.

The United States Marshal does not warrant title, boundary lines, taxes and/or improvements, if any, on this property. The United States Marshal will accept the highest and best bid offered, for cash, or ten percent (10%) down with balance payable in fifteen (15) days.

RANDY M. JOHNSON
US Marshal, D/Alaska

By: Stacy Melton
Supervisory Deputy United States Marshal
Dated: 12/19/05

Pub: December 21, 28, 2005, January 4, 11, 2006

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2006 JAN 3I AM II: I3