U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | A05-159 CV (RRB) |
| DEFENDANT | TYPE OF PROCESS |
| ROBERT G. DALGLISH AND FRANCES E. DALGLISH | SALE OF REAL PROPERTY |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Marshals Service, District of Alaska

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**  Main Lobby, West Entrance, Federal Building and U.S. Courthouse, Anchorge, AK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy, Assistant U.S. Attorney
222 West 7th Avenue, Romm 253
Anchorage, AK  99513

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                    Fold

Please conduct sale on 1/26/06 at 10:00 am, pursuant to Final Judgment and Order and Decree of Foreclosure Sale and Notice of Sale on real property located at 3388 Eider Street, Kodiak, Alaska.

Signature of Attorney or other Originator requesting service on behalf of:   ☑ PLAINTIFF   ☐ DEFENDANT    TELEPHONE NUMBER: (907) 271-5071    DATE: 1/25/06

For Richard L. Pomeroy

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1    District of Origin No. 6    District to Serve No. 6    Signature of Authorized USMS Deputy or Clerk: Linda M Klemm    Date: 1-25-06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1-25-06    Time: 10:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | | |

REMARKS: Start 10:00am - end 10:15am

property sold for $161,600 -

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT G. DALGLISH, and )<br>FRANCES E. DALGLISH, )<br>Defendants. ) | Case No. A05-159 CV (JWS)<br><br>UNITED STATES MARSHAL'S<br>REPORT AND RETURN OF SALE<br>OF REAL PROPERTY |

     I, Randy M. Johnson, United States Marshal for the District of Alaska, hereby certify and return that I did receive a Final Judgment and Order and Decree of Foreclosure Sale on November 16, 2006, and that the Notice of Public Sale was published in the Anchorage Daily News, one time each week for four consecutive weeks on 12,25, 1/1, 1/8 and 1/15 and the Kodiak Daily Mirror, one time each week for four consecutive weeks on 12,21, 12/28, 1/4 and 1/11, respectively. The date, time and place of sale was set for January 26, 2006 at 10:00 a.m. and was held at the Main Lobby, West Entrance, Federal Building and U.S. Courthouse, 222 West 7th Avenue, Anchorage, Alaska.

     I further certify and return that pursuant to the above referenced Final Judgment and Order and Decree of Foreclosure, Deputy U.S. Marshal, Doug Zielinski, did offer up for sale the following

described property:    Lot 8A, Block 4, according to the plat of MILLER POINT ALASKA SUBDIVISION, FIRST ADDITION, filed under Plat Number 93-39, Records of the Kodiak Recording District, Third Judicial District, State of Alaska.

and the highest and best bid received was One Hundred Sixty One Thousand Six Hundred ($161,000.00) by Robert Holman and Grant Shields.

     I hereby return this order fully executed this 1st day of February, 2006 at Anchorage, Alaska

                                                RANDY M. JOHNSON,
                                                United States Marshal
                                                District of Alaska

                                                Deputy U.S. Marshal