DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>ROBERT G. DALGLISH, and<br>FRANCES E. DALGLISH,<br><br>              Defendants. | ) Case No.  3:05-cv-0159-RRB<br>)<br>)<br>)<br>)<br>) AMENDED MOTION TO RELEASE<br>) PROCEEDS OF FORECLOSURE SALE<br>)<br>)<br>) |

    Plaintiff, the United States of America, through the U.S. Attorney for the District of Alaska, hereby moves this Court to direct the Clerk of Court to release the proceeds of the foreclosure sale previously conducted in the above-captioned case.

    1.  The Court issued a Final Judgment and Order and Decree of Foreclosure Sale in this case on November 12, 2005.

    2.  In accordance with the Court's Order, the foreclosure sale was conducted on January 26, 2006 by the United States Marshals Service.

    3.  The highest and best bid received was One Hundred Sixty

One Thousand Six Hundred Dollars ($161,600.00) by Robert Holman and Grant Shields.

    4.  On March 7, 2006, the Court issued an Order Confirming Sale.

    5.  On or about March 14, 2006, the United States Marshals Service filed a return of service with the Court in which it submitted the proceeds of the foreclosure sale in the amount of $161,600.00.

    WHEREFORE, Plaintiff moves for entry of an Order directing the Clerk of Court to release from the Registry said funds to plaintiff, in the amount of $161,600.00, via a check made payable to "Department of Housing and Urban Development" and delivered to the United States Attorneys Office for the District of Alaska.

    RESPECTFULLY SUBMITTED this 16th day of March, 2006, at Anchorage, Alaska.

                                  DEBORAH M. SMITH
                                  Acting United States Attorney

                                  s/Richard L. Pomeroy
                                  Assistant U.S. Attorney
                                  222 W. 7th Avenue # 9
                                  Anchorage, AK 99513-7567
                                  Phone: 907-271-5071
                                  Fax: (907) 271-2344
                                  E-mail:  richard.pomeroy@usdoj.gov
                                  AK #8906031

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following on March 16, 2006, via:

    (X) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery

Robert G. Dalglish
2682 Turner Lane
Kodiak, AK 99615

Frances E. Dalglish
2682 Turner Lane
Kodiak, AK 99615

Sherman Acquisitions LP
c/o Outsource Solutions
4345 Gaultier Street
Shoreview, MN 55126

Executed at Anchorage, Alaska, on March 16, 2006.


s/Sean M. Robinson
Office of the U.S. Attorney