IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-cv-0159-RRB |
| Plaintiff, | ) |
| vs. | ) |
| | ) ~~PROPOSED~~ ORDER TO RELEASE |
| ROBERT G. DALGLISH, and | ) PROCEEDS OF SALE |
| FRANCES E. DALGLISH, | ) |
| Defendants. | ) |

Plaintiff has moved for an order releasing the proceeds of the foreclosure sale conducted in this case on January 26, 2006 and confirmed by Order of this Court on March 7, 2006.

IT IS THEREFORE ORDERED AND DECREED that the Clerk of Court shall release from the Registry the proceeds of the foreclosure sale to plaintiff, in the amount of $161,600.00, via a check made payable to "Department of Housing and Urban Development" and

//
//
//

delivered to the United States Attorneys Office for the District of Alaska

DATED this __7__ day of __April__, 2006, at Anchorage, Alaska.

                                                     RALPH R. BEISTLINE
                                                     U.S. DISTRICT COURT JUDGE